■ In the Matter of CHESTER ALMONOR, Petitioner, v DON-
ALD SELSKY, as Director of Special Housing, Inmate Disciplin-
ary Program, Respondent. [660 NYS2d 1012] —Proceeding pursu-
ant to CPLR article 78 (transferred to this Court by order of
the Supreme Court, entered in Albany County) to review a de-
termination of respondent which found petitioner guilty of
violating certain prison disciplinary rules.

Following a prison disciplinary hearing, petitioner was found
guilty of creating a disturbance and interfering with a staff
member. Presented in evidence at the hearing was the
misbehavior report, describing in detail the confrontation
which took place between petitioner and correction officers
when petitioner attempted the unauthorized transfer of a type-
writer from his cell to the prison law library. The account set
forth in the misbehavior report was by itself sufficiently
detailed and probative to constitute substantial evidence of
petitioner's guilt (see, Matter of Foster v Coughlin, 76 NY2d
964, 966). The determination is, accordingly, confirmed.

Cardona, P. J., Crew III, Yesawich Jr., Peters and Carpinello,
JJ., concur. Adjudged that the determination is confirmed,
without costs, and petition dismissed.